Mark Byron TAYLOR, Appellant,

v.

The STATE of Texas, Appellee.

No. 0150–84.

Court of Criminal Appeals of Texas,
En Banc.

Oct. 9, 1985.

Appeal from 263rd Judicial District Court, Harris County, Charles J. Hearn, Judge.

Prior report: Tex.App., 674 S.W.2d 323.

Before the court en banc.

---

On appellant's petition for discretionary review: dismissed as improvidently granted.

CLINTON, J., dissents.